DOA: 6/28/2024

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Luis Miguel Santos-Hernandez | )    Case No.    24-9254 MJ |
| A #249 430 386 | ) |
| | ) |
| _____ | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates alleged in Attachment A, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a), a felony, and Title 8, United States Code, Section 1325(a)(1), a class B misdemeanor, offenses described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am Border Patrol Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY:  AUSA Chong-Ho Chung for AUSA Michale E. Shaw

☒ Continued on the attached sheet.

SAMUEL A MAGUIRE

Digitally signed by SAMUEL A MAGUIRE
Date: 2024.06.29 10:42:36 -07'00'

*Complainant's signature*

*Chong-Ho Chung*

Sworn to telephonically.

Date:  June 29, 2024    @11:27am

Samuel Maguire
United States Border Patrol
*Printed name and title*

*ESwillett*

*Judge's signature*

City and state:  Phoenix, Arizona

Eileen S. Willett
United States Magistrate Judge
*Printed name and title*

**ATTACHMENT A**

**Count 1**

On or about June 28, 2024, Luis Miguel Santos-Hernandez, an alien, was found in the United States at or near Eloy, in Pinal County, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Tucson, Arizona, on or about June 13, 2024, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), a Class E felony.

**Count 2**

On or about June 20, 2024, at or near Sasabe, Arizona, in the District of Arizona, Luis Miguel Santos-Hernandez, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(l), a Class B misdemeanor.

1

## STATEMENT OF PROBABLE CAUSE

I, Samuel Maguire, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent.  I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about June 28, 2024, an individual was apprehended by Border Patrol agents near Eloy, in Pinal County, in the District of Arizona.  The agents performed an immigration inspection on the individual, later identified as Luis MiguelSantos-Hernandez, who admitted to being a citizen and national of Guatemala, unlawfully present in the United States.  Santos-Hernandez admitted that he illegally entered the United States at or near Sasabe, Arizona on or about June 20, 2024.

3. Santos-Hernandez was transported to the Casa Grande Border Patrol Station for further processing.  Santos-Hernandez was held in administrative custody until his identity could be confirmed and his immigration and criminal history could be obtained.

4. Immigration history checks revealed Luis Miguel Santos-Hernandez to be a citizen of Guatemala and a previously deported alien.  Santos-Hernandez was removed from the United States to Guatemala through Tucson, Arizona, on or about June 13, 2024, pursuant to a final order of removal issued by an immigration official. There is no record

2

of Luis Miguel Santos-Hernandez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

5. Furthermore, there is no record of Luis Miguel Santos-Hernandez in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Santos-Hernandez presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Santos-Hernandez unlawfully entered the United States at a time or place other than as designated by Immigration Officers of the United States of America. Santos-Hernandez's immigration history was matched to him by electronic fingerprint comparison.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 28, 2024, Luis Miguel Santos-Hernandez, an alien, was found in the United States at or near Eloy, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Tucson, Arizona, on or about June 13, 2024, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and on or about June 20, 2024, at or near Sasabe, Arizona, in the District of Arizona, Luis Miguel Santos-Hernandez, an alien, unlawfully entered the United States at a time or place

other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(1).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and Title 8, United States Code, Section 1325(a)(l).

SAMUEL A MAGUIRE
Digitally signed by SAMUEL A MAGUIRE
Date: 2024.06.29 10:43:03 -07'0'

Samuel Maguire
United States Border Patrol

Sworn to telephonically on
June 29, 2024

EsWillett

Eileen S. Willett
United States Magistrate Judge